IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LATASHA ROUSE, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL NO. JKB-22-0129 |
| WES MOORE, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM AND ORDER**

Now pending before the Court is the MOTION FOR ADMISSION PRO HAC VICE (ECF No. 65) of attorney Phillip R. Robinson, a member of the bar of this Court, asking that Ohio attorney Marc E. Dann be admitted to practice before this Court in this case only. Mr. Robinson's motion is accompanied by certain submissions from Mr. Dann, including documents that disclose his prior discipline by the Ohio Supreme Court.

The Court has referred this matter to its Disciplinary and Admissions Committee and has heard their informal advice. After considerable reflection, the Court grants the motion and Mr. Dann will be admitted pro hac vice.

The Court cautions Mr. Dann that in sensitive matters, such as the disclosure of licensure issues in another jurisdiction, he should be scrupulously candid with this Court. Investigation conducted by staff of this Court's Disciplinary and Admissions Committee revealed the opinion of the Ohio Supreme Court deciding *Disciplinary Council v. Dann,* reported at 134 Ohio St.3d 68 (2012). That opinion is explicit that Mr. Dann sustained "criminal convictions" as a result of his misconduct in Ohio; in his disclosure to this Court, Mr. Dann states only that "the criminal case

was resolved by a plea agreement pursuant to which I was sentenced to a fine and community service." The circumstance of a prior conviction is so serious as to require explicit disclosure, and no "beating around the bush." No quibbling. It would have been better if Mr. Dann had stated explicitly that he had been "convicted," and if he had attached the Ohio Supreme Court opinion to his application.

Mr. Dann was apparently permitted to resume practice in Ohio more than 10 years ago, and there appear to be no further disciplinary issues since then. Accordingly, he will be permitted to appear in this matter.

MOTION GRANTED.

DATED this 5 day of June, 2024.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
U.S. District Judge