IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LATASHA ROUSE, et al., | * |
| Plaintiffs, | * |
| v. | *   Civ. No. JKB-22-0129 |
| MATTHEW FADER, et al., | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is ORDERED that:

1. Defendants' Motion for Summary Judgment, (ECF No. 73), is GRANTED.

2. Plaintiffs' Motion for Leave to File Second Amended Complaint, (ECF No. 72), is DENIED.

3. JUDGMENT IS ENTERED in favor of Defendants.

4. The Clerk is DIRECTED to CLOSE this case.

DATED this 26 day of November, 2024.

BY THE COURT:

James K. Bredar
United States District Judge